*E-FILED: June 7, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANA CELESTE MORRICE, Ed.D., | No. C12-01290 HRL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DIRECTING PARTIES TO RE-SUBMIT ADR STIPULATION** |
| v. | |
| HECATE ROSEWOOD; ALISAL UNION SCHOOL DISTRICT; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Because it appears that this case is not yet at issue, the initial case management conference set for June 12, 2012 is **continued to July 24, 2012, 1:30 p.m.** All related deadlines are adjusted accordingly.

Additionally, the parties have submitted a stipulation and proposed order in which they select three different alternative dispute resolution (ADR) programs. The court assumes that the parties meant to indicate that they are agreeable to any one of those three choices; however, their stipulation is not helpful to the court in issuing an ADR referral order. The parties are directed to promptly re-submit a stipulation in which they select the one program that they prefer.

SO ORDERED.

Dated: June 7, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-01290-HRL Notice has been electronically mailed to:

David Carl Anderson     cynthia@dcandersonlaw.com, david@dcandersonlaw.com

Mark E. Davis     mdavis@davisyounglaw.com, dmyers@davisyounglaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.