*E-FILED: July 23, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANA CELESTE MORRICE, Ed.D., | No. C12-01290 HRL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| HECATE ROSEWOOD; ALISAL UNION SCHOOL DISTRICT; and DOES 1 through 50, inclusive, | |
| Defendants. | |

The parties' request to continue the initial case management conference is granted. The conference is continued to **September 11, 2012, 1:30 p.m.** All related deadlines are adjusted accordingly. No later than **September 4, 2012**, the parties shall file a Joint Case Management Statement. If the parties believe that a further continuance of the conference is warranted, they shall, no later than **September 4, 2012**, file a request establishing good cause.

SO ORDERED.

Dated: July 23, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 5:12-cv-01290-HRL Notice has been electronically mailed to:

2 David Carl Anderson    cynthia@dcandersonlaw.com, david@dcandersonlaw.com

3 Mark E. Davis    mdavis@davisyounglaw.com, dmyers@davisyounglaw.com

4 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.